

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00401-CR

Christopher Timothy **BRADY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 559662
Honorable Mary D. Roman, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 5, 2020.

_____
Beth Watkins, Justice